# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Charles Stephen Propst | ) | Case No:  3:00CR169-06 |
| | ) | USM No:  16538-058 |
| Date of Previous Judgment:  04/18/2002 | ) | Lyle J. Yurko |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■  the defendant  ❑  the Director of the Bureau of Prisons  ❑  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | Life  to  Life  months | Amended Guideline Range: | Life  to  Life  months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑  The reduced sentence is within the amended guideline range.

❑  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■  Other (explain):  No reduction is authorized because Defendant's original sentence was "based on" a departure from the statutory mandatory minimum and not on a sentencing range lowered by Amendment 706.  See United States v. Hood, --- F.3d ----, 2009 WL 416979 (4th Cir. Feb. 20, 2009).

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  04/18/2002  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  February 24, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
**United States District Judge**