# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:00-CR-169-6-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHARLES STEPHEN PROPST, )<br>)<br>Defendant. )<br>) | ORDER |

      Defendant's motion for reconsideration is DENIED for the same reasons set forth in the Court's original denial of his § 3582(c)(2) motion for sentence reduction. Given the statutory mandatory life sentence applicable to this Defendant (prior to any departures), any further reduction in sentence is foreclosed by the Fourth Circuit's decision in United States v. Hood, 556 F.3d 226 (4th Cir. 2009).

      IT IS SO ORDERED.

                                      Signed: April 23, 2009

                                      Frank D. Whitney
                                      United States District Judge